UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OURIEL GOLAN,

Defendant.

**ORDER**

14 Cr. 681 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On May 30, 2023, the Government submitted a preliminary order of forfeiture as to substitute assets. Any objection by Defendant Golan to the Government's application is due by **June 12, 2023**.

Dated:  New York, New York
        June 6, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge