UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA :
: **CORRECTED PRELIMINARY**
-v.- : **ORDER OF FORFEITURE**
: **AS TO SUBSTITUTE ASSETS**
OURIEL GOLAN, :
    a/k/a "Ari Golan" : 14 Cr. 681 (PGG)
:
               Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about June 26, 2023, the Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Assets Order") (D.E. 53), with respect to OURIEL GOLAN (the "Defendant"), which ordered forfeiture to the United States, of all right, title and interest of the Defendant in $304.57 in United States currency seized from the Defendant on October 1, 2014, at the time of his arrest (the "Substitute Asset");

WHEREAS, the Substitute Assets Order contained a clerical error misstating the amount of the Substitute Asset;

WHEREAS, the Substitute Asset should correctly be described as:

    i.    $305.57 United States currency seized from the Defendant, at the time of his arrest, on October 1, 2014;

(the "Corrected Substitute Asset");

WHEREAS, the Substitute Asset Order is to be corrected only as to the Corrected Substitute Asset, and the Substitute Asset Order should in all other respects remain unchanged and fully incorporated herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All of the Defendant's right, title and interest in the Corrected Substitute Asset is hereby forfeited to the United States of America, for disposition in accordance with law,

subject to the provisions of Title 21, United States Code, Section 853(n).

2. Upon entry of this Corrected Preliminary Order of Forfeiture as to Substitute Assets, the United States Marshals Service is hereby authorized to take possession of the Corrected Substitute Asset and keep it in its secure, custody and control.

3. All other provisions of the Substitute Asset Order shall remain unchanged and fully incorporated herein and shall be applicable to the Corrected Substitute Asset.

Dated: New York, New York
August 8, 2024

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE